# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 5/6/2025
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 7:25-cr-00028-BO-1 |
| Jillian Leannah Scott ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/06/2025

*Defendant's signature*

*Signature of defendant's attorney*

Kevin Matthew Marcilliat
*Printed name of defendant's attorney*

*Judge's signature*

TERRENCE W. BOYLE, US District Judge
*Judge's printed name and title*